**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

HEIDI IBRAHIM #A087-201-087          CASE NO.  3:26-CV-01520 SEC P

VERSUS                               JUDGE TERRY A. DOUGHTY

WARDEN RICHWOOD                      MAGISTRATE JUDGE DAVID J.
CORRECTIONAL CENTER ET AL            AYO

**JUDGMENT OF DISMISSAL**

Considering the Voluntary Motion to Dismiss Habeas Petition [Doc. No. 18]

filed by Petitioner, Heidi Ibrahim ("Petitioner"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is

**GRANTED**, and Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is

**DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 15th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE